USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-9-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIE URTUBIA,

                Plaintiff,

       - against -

BA VICTORY CORP., et al.,

                Defendants.

**ORDER**

11 Civ. 2901 (LTS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held an initial conference in this matter today, at which Defendants' counsel failed to appear,

**IT IS HEREBY ORDERED THAT** all Parties shall appear for a status conference before the undersigned on **December 6, 2011, at 10:00 a.m.**, in Courtroom 18D.

**SO ORDERED this 8th day of September 2011**
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge