UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
JAMIE URTUBIA, individually and on behalf of all
other persons similarly situated,

                              Plaintiff,

              -v-

BA VICTORY CORPORATION and ISMAEL ALBA,

                            Defendants.
-------------------------------------------------------------------- X

No. 11 Civ. 2901 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/13

RONNIE ABRAMS, United States District Judge:

      As discussed at today's conference, it is hereby:

      ORDERED that the parties' cross-motions for summary judgment shall be filed by May 3, 2013, oppositions shall be filed by May 24, 2013, and replies shall be filed by June 7, 2013.

SO ORDERED.

Dated:    April 12, 2013
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge