UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
JAIME URTUBIA, Individually
and on behalf of all other persons
similarly situated,

       Plaintiff,

       -against-

BA VICTORY CORP. and
ISMAEL ALBA,

       Defendants.

------------------------------------------------ X

Case No. 11 cv 2901 (RA)(RLE)

John P. Gleason declares pursuant to 28 U.S.C. § 1746(1) as follows:

1. I am a member of Gleason & Koatz, LLP attorneys for defendants BA Victory Corp. ("BA") and Ismael Alba ("Alba" and together with BA collectively, "Defendants").

2. I submit this declaration based on my personal knowledge of the facts set forth herein. I submit this declaration in opposition to plaintiffs' motion seeking summary judgment (the "Motion").

3. I attach hereto as exhibits:

       Exhibit A: Declaration of Karina De Marco dated May 31, 2013,

       Exhibit B: ADP Record of Employment Dates, and

Exhibit C: Employment Documents Regarding Rolando Liriano.

## CONCLUSION

20. For each of the reasons expressed above, and as argued in the accompanying memorandum of law, the Motion should be denied.

21. I declare under the penalties of perjury that the foregoing is true and accurate.

Dated: New York, New York
May 31, 2013

/s/ *John P. Gleason*
John P. Gleason