USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAMIE URTUBIA, et al.,

                Plaintiffs,

     -v-

BA VICTORY CORP., and ISMAEL ALBA,

                Defendants.

------------------------------------------------------------X

No. 11 Civ. 2901 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that a conference in this matter is scheduled for October 24, 2013 at 11:00 a.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:    October 16, 2013
          New York, New York

_____
Ronnie Abrams
United States District Judge