```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
JAMIE URTUBIA, et al.,                                :
                                                      :
                              Plaintiffs,             :
                                                      :
              -v-                                     :
                                                      :
BA VICTORY CORP., and ISMAEL ALBA,                    :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/13

No. 11 Civ. 2901 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons set forth on the record at today's conference, it is hereby:

ORDERED that Plaintiffs' motion for summary judgment is denied. The Clerk of Court is respectfully directed to close item number sixty-nine (69) on the docket.

IT IS FURTHER ORDERED that the parties' pretrial submissions pursuant to Rule 6 of the Court's Individual Rules and Practices shall be due on November 25, 2013 and that trial in this case shall commence on December 10, 2013.

IT IS FURTHER ORDERED that the parties shall submit a joint letter advising the Court as to whether they stipulate to a nonjury trial within one week of the date of this Order.

SO ORDERED.

Dated:    October 24, 2013
          New York, New York

_____
Ronnie Abrams
United States District Judge